No. CR-08 00584 JW

FILED
AUG 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-FILING

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

## THE UNITED STATES OF AMERICA
### vs.
### ARTURO SOLORIO-CAMACHO

## INDICTMENT

**COUNT ONE**: 8 U.S.C. Section 1326 - Illegal Re-Entry Following Deportation

A true bill.

_____
Foreperson

Filed in open court this 27 day of August

A.D. 2008

_____
UNITED STATES MAGISTRATE JUDGE

Bail. $ No Bail

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

**FILED**

AUG 2 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> v. ) <br> ARTURO SOLORIO-CAMACHO, ) <br> Defendant. ) | CR 08 00584 <br><br> VIOLATION: 8 U.S.C. § 1326 – Illegal Re-Entry Following Deportation <br><br> SAN JOSE VENUE |

INDICTMENT

The Grand Jury charges:

On or about October 5, 2007 the defendant

ARTURO SOLORIO-CAMACHO,

an alien, previously having been arrested and deported from the United States on or about March 26, 1996, December 7, 1999, and November 26, 2003, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security

//

//

//

INDICTMENT

not having expressly consented to a re-application by the defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326.

DATED: 8/27/08

A TRUE BILL.

_[signature]_
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_[signature]_
DAVID R. CALLAWAY
Deputy Chief, San Jose Branch Office

(Approved as to form: _[signature]_ )
AUSA JEFFREY B. SCHENK

INDICTMENT

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

FILED
AUG 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---- OFFENSE CHARGED ----

COUNT ONE: 8 U.S.C. § 1326 - Illegal Re-Entry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

E-FILING

DEFENDANT - U.S.
► ARTURO SOLORIO-CAMACHO

DISTRICT COURT NUMBER
**CR-08 00584**

JW
RS

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any)
S/A TIMOTHY F. PURDY - ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
 ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ►

SHOW DOCKET NO.

MAGISTRATE CASE NO.

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)
Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☑ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☑ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ► Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ► Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM
**JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) JEFFREY B. SCHENK

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: